(2) For the purpose of this subrule, an authorized signature includes but is not limited to signatures written by hand, printed, stamped, typewritten, engraved, photographed, or lithographed.

(C)-(I) (Unchanged.)

*Staff Comment:* The proposed amendment of MCR 2.506(B) would permit the "signing" of subpoenas by methods other than a handwritten signature.

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.

---

Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered and your assistance is appreciated by the Court.

---

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in MCR 1.201. Comments on this proposal may be sent to the Supreme Court clerk within 30 days after it is published in the Michigan Bar Journal.

*Order Entered May 10, 1985:*

MARSHALL V DETROIT AUTOMOBILE INTER-INSURANCE EXCHANGE, No. 75937. The certification by the Court of Appeals pursuant to Administrative Order No. 1984-2 that its decision in this case is in conflict with its decision in *Jones v DAIIE,* 124 Mich App 363; 335 NW2d 39 (1983), *lv den* 418 Mich 878 (1983), is considered. In light of the fact that no application for leave to appeal has been filed, the Court declines to take any further action. Court of Appeals No. 75968.